**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

**MARY FRANCES MARINO**,                                   Civil File No. 12-cv-2074 KHV/JPO

      Plaintiff,

vs.                                                                                    **NOTICE OF DISMISSAL**
                                                                                  **WITHOUT PREJUDICE**

**GENERAL ACCOUNT SERVICES, INC.**,

      Defendant.

---

      **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits without prejudice.

      Respectfully submitted,

Dated: May 23, 2012                    By: /s/ J. Mark Meinhardt
                                                   J. Mark Meinhardt, # 20245
                                                   9400 Reeds Road, Suite 210
                                                   Overland Park, Kansas 66207
                                                   Telephone:    (913) 451-9797
                                                   Facsimile:     (913) 451-6163
                                                   Email:         Mark@meinhardtlaw.com
                                                   **ATTORNEY FOR PLAINTIFF**